ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| ERICA LEAL, | |
| | CASE NO: 07-cv-1562 TAG |
| Plaintiff, | |
| vs | STIPULATION and ORDER |
| | to |
| COMMISSIONER of | EXTEND TIME |
| SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from June 6, 2008 to July 6, 2008.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief. The Appellant's attorney will be out the of state of California from May 21, 2008 until June 7, 2008.

                                              Respectfully submitted,

                                              /s/ Robert D. Christenson

Dated:   May 13, 2008                      ROBERT D. CHRISTENSON
                                              Attorney for Plaintiff


Dated:   May 13, 2008                      **McGREGOR W. SCOTT**
                                              United States Attorney


                                              /s/ Leo R. Montenegro
                                              (per facsimile authorization)

                                              _____
                                              **LEO R. MONTENEGRO**
                                              Assistant Regional Counsel


IT IS SO ORDERED.

Dated:  **May 16, 2008**                                  _____ /s/ **Theresa A. Goldner**_____
                                              UNITED STATES MAGISTRATE JUDGE